268 November 26, 2025 No. 1026

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of S. S., aka S. S.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

S. S.,
aka S. S.,
*Appellant.*

Lane County Circuit Court
25CC00692; A186876

Debra E. Velure, Judge.

Submitted October 10, 2025.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Reversed.

**EGAN, J.**

Appellant seeks reversal of a judgment committing her to the Oregon Health Authority for a period not to exceed 180 days and prohibiting her from purchasing or possessing firearms. Appellant argues that the trial court plainly erred in failing to advise her of all of the possible results of the proceeding as required by ORS 426.100(1)(c)—specifically, the possibility that the court could find that she was not a person with mental illness and order outpatient treatment, ORS 426.130(1)(b)(B). The state concedes that the trial court plainly erred in that regard and that reversal is warranted. We agree with and accept the state's concession. *See State v. J. R. B.*, 290 Or App 858, 862, 418 P3d 38 (2018) (trial court's failure to advise appellant of all the possible results of civil commitment proceeding is plain error). Given the nature of civil commitment cases, the interests of the parties, the gravity of the error, and the ends of justice, we exercise our discretion to correct the error.[1] *Id.* at 863.

Reversed.

---

1 As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.